UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIAO LONG, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FANHUA, INC., CHUNLIN WANG, and PENG GE,

Defendants.

Case No.:   18-cv-08183 (PAE)

ECF Case

STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the law firm of KIRKLAND & ELLIS LLP, is hereby substituted in place of the law firm SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP as counsel of record for Defendant, FANHUA, INC., in the above captioned matter action as of the date hereof.

The stipulation may be filed with the court without any further notice to any party.

Dated: New York, New York
       November 15, 2018

KIRKLAND & ELLIS LLP

_____
Matthew Solum, P.C.
*Substituting Counsel for Defendant Fanhua, Inc.*
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
*Outgoing Counsel for Defendant Fanhua, Inc.*
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

FANHUA, INC.

By: _____

12/6/18

SO ORDERED

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer