

Justin S. Nematzadeh
Of Counsel

February 22, 2019

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:     *Long, et al., v. Fanhua Inc., et al.*, No. 1:18-cv-08183

Dear Judge Engelmayer:

Pomerantz LLP is Lead Counsel for Miao Long, Lead Plaintiff in the above-referenced securities class action (the "Action"). As instructed by Your Honor's Clerk earlier today, we write to respectfully request that Lead Plaintiff's Amended Complaint filed on February 21, 2019 (Dkt. No. 27) be accepted as timely filed and that the deficiencies described below be deemed cured.

On February 20, 2019, Pomerantz timely filed Lead Plaintiff's Amended Complaint (Dkt. No. 25) and then received a deficiency notice informing us of a clerical error—specifically, that Lead Plaintiff's name had been incorrectly entered on the docket. Upon review, it appeared that Lead Plaintiff's first and last names had been inverted.

On February 21, 2019, Pomerantz refiled Lead Plaintiff's Amended Complaint (Dkt. No. 27), correcting the clerical error, but then received a second deficiency notice stating, in relevant part, that "the order granting permission to file the pleading was not attached; Court's leave has not been granted." *See* Exhibit 1, attached hereto.

Lead Plaintiff hereby respectfully requests that the Court accept Lead Plaintiff's Amended Complaint as timely filed and deem the deficiencies arising from the clerical error described herein to be cured.

                  Respectfully submitted,

                  */s/ Justin S. Nematzadeh*
                  Justin S. Nematzadeh

cc:    All Counsel of record via ECF

600 Third Avenue, New York, New York 10016  tel: 212.661.1100  www.pomerantzlaw.com

NEW YORK       CHICAGO      LOS ANGELES     PARIS

325

# EXHIBIT 1

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Friday, February 22, 2019 10:04 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-08183-PAE Long v. Fanhua, Inc. et al

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/22/2019 at 10:03 AM EST and filed on 2/22/2019
**Case Name:**         Long v. Fanhua, Inc. et al
**Case Number:**      1:18-cv-08183-PAE
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Marc Ian Gross re: Document No. [27] Amended Complaint. The filing is deficient for the following reason(s): Amended Complaint was correctly filed after the due date of February 20, 2019; the order granting permission to file the pleading was not attached; Court's leave has not been granted.. File the Exhibit to Pleading event found under the event list Other Documents and attach Court's leave. (pne)

**1:18-cv-08183-PAE Notice has been electronically mailed to:**

Marc Ian Gross     migross@pomlaw.com, egoodman@pomlaw.com

Matthew Osborn Solum     msolum@kirkland.com, kenymanagingclerk@kirkland.com, matthew-solum-0711@ecf.pacerpro.com

Jeremy Alan Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com,

disaacson@pomlaw.com

Adam Thomas Humann     ahumann@kirkland.com, kenymanagingclerk@kirkland.com

Justin Solomon Nematzadeh     jnematzadeh@pomlaw.com, egoodman@pomlaw.com, mgrunfeld@pomlaw.com

Joseph Alexander Hood, II     ahood@pomlaw.com, abarbosa@pomlaw.com

**1:18-cv-08183-PAE Notice has been delivered by other means to:**