

Cara David
Of Counsel

March 12, 2020

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

  RE: *Long v. Fanhua, Inc. et al*, No. 1:18-cv-08183-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

  I write on behalf of Lead Plaintiff Miao Long with respect to the above-captioned matter. The Court's March 2, 2020 order (Dkt. 55) gave Mr. Long until March 20, 2020 to amend the operative complaint with regard to certain claims that were dismissed without prejudice. We write to inform the Court we will not be amending the complaint in this action.

         Respectfully submitted,

         */s/ Cara David*
         Cara David

cc: All counsel of record (via ECF)

3/12/20

The Court appreciates this update. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

       *Paul A. Engelmayer*
       PAUL A. ENGELMAYER
       United States District Judge

600 Third Avenue, New York, New York 10016  tel: 212.661.1100  www.pomerantzlaw.com
NEW YORK  CHICAGO  LOS ANGELES  PARIS